# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID COVINGTON, TANSY WILKERSON and DAISY SANTIAGO, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br> v.<br><br>BIOGEN INC., BOARD OF DIRECTORS OF BIOGEN INC., THE RETIREMENT COMMITTEE, and JOHN DOES 1-30.<br><br>      Defendants. | Case No:<br>1:20-cv-11325-DJC |
| SARAH GAMBLE, Individually and as a representative of a class of similarly situated persons, on behalf of the BIOGEN 401(K) SAVINGS PLAN,<br><br>      Plaintiff,<br> v.<br><br>BIOGEN INC; the BIOGEN 401(K) SAVINGS PLAN COMMITTEE; and DOES No. 1-10, Whose Names Are Currently Unknown,<br><br>      Defendants. | Case No:<br>1:20-cv-11625-DJC |

**STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION OF RELATED CASES, AND SCHEDULE FOR CONSOLIDATED AMENDED COMPLAINT AND DEFENDANTS' RESPONSE TO CONSOLIDATED AMENDED COMPLAINT**

Plaintiffs, David Covington, Tansy Wilkerson and Daisy Santiago (the "*Covington* Plaintiffs"); Plaintiff, Sarah Gamble (the "*Gamble* Plaintiff" and together with the *Covington* Plaintiffs, "Plaintiffs"); and Defendants, Biogen, Inc., the Board of Directors of Biogen,

Inc., the Retirement Committee a/k/a the Biogen 401(k) Savings Plan Committee ("Defendants" and together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby agree and stipulate to the following:

WHEREAS, on July 14, 2020, the *Covington* Plaintiffs, by and through their attorneys, Capozzi Adler P.C. and local counsel, filed a putative class action complaint against certain Defendants alleging claims under Sections 409 and 502 of the Employee Retirement Income Security Act ("ERISA") (the "*Covington* Complaint");

WHEREAS, on August 31, 2020, the *Gamble* Plaintiff, by and through her attorneys, Shepherd Finkelman Miller & Shah LLP and local counsel, filed a putative class action complaint against certain Defendants alleging similar claims as those alleged in the *Covington* Complaint based on the same provisions of ERISA ("the *Gamble* Complaint" and together with the *Covington* Complaint, the "Initial Complaints");

WHEREAS, Defendants have agreed to accept service as part of the Parties' agreement herein to consolidate and coordinate the cases;

WHEREAS, the Parties agree that the above-captioned actions, as well as any related cases that may be filed (the "Actions"), should be consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a);

WHEREAS, consolidation of the Actions for all purposes is appropriate given the similar and overlapping questions of law and fact involved in the Actions;

WHEREAS consolidation of the Actions for all purposes will promote judicial economy and avoid unnecessarily duplicative efforts;

WHEREAS, the Parties have agreed that, after the consolidation of the Actions, Plaintiffs will file a consolidated amended complaint ("Consolidated Amended Complaint");

WHEREAS, the Parties have agreed that, in light of Plaintiffs' intention to file a Consolidated Amended Complaint, Defendants need not respond to the Initial Complaints;

NOW, THEREFORE, the Parties, through their undersigned attorneys and subject to the Court's approval, stipulate and agree that:

### **CONSOLIDATION OF RELATED ACTIONS**

1. The Actions shall be consolidated for all purposes and shall be referred to and captioned as "*In re Biogen Inc. ERISA Litigation*." Any actions that have been filed, or may be filed, which are related and which may be considered herewith, are consolidated with *In re Biogen Inc. ERISA Litigation* (the "Consolidated Action").

2. The Consolidated Action shall bear the Master File No. 1:20-cv-11325-DJC. Any document filed in the Master File No. 1:20-cv-11325-DJC shall be deemed to have been filed in all of the Actions.

3. When a case that arises out of the subject matter of this action is hereinafter filed in this Court or transferred to this Court from another Court, the clerk of this Court shall:

    a. File a copy of this Order in the separate file for such action;

    b. Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

    c. Make the appropriate docket entry for this action.

4. Each new case arising out of the subject matter of the Consolidated Action that is filed in this Court or transferred to this Court shall be consolidated with the Consolidated Action and this Order shall apply thereto.

## SCHEDULE FOR CONSOLIDATED AMENDED COMPLAINT AND DEFENDANTS' RESPONSE

5.  Defendants' time to answer, move, or otherwise respond to the Initial Complaints is suspended.

6.  Plaintiffs shall file a Consolidated Amended Complaint on or before September 25, 2020.

7.  Defendants shall answer, move, or otherwise respond to the Consolidated Amended Complaint on or before November 18, 2020.

8.  Plaintiffs shall oppose any motion to dismiss filed by Defendants on or before December 18, 2020.

9.  Defendants shall reply to Lead Plaintiffs' opposition to any motion to dismiss on or before January 14, 2020.

Dated: September 24, 2020

Respectfully Submitted,

/s/ Patrick J. Sheehan
Patrick J. Sheehan (BBO# 639320)
WHATLEY KALLAS, LLP
101 Federal Street, 19th Floor
Boston, MA 02110
Telephone:  (617) 573-5118
Facsimile:   (800) 922-4851
Email: psheehan@whatleykallas.com

James E. Miller
Laurie Rubinow
SHEPHERD FINKELMAN MILLER & SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile:  (866) 300-7367
Email: jmiller@sfmslaw.com
           lrubinow@sfmslaw.com

James C. Shah
Michael P. Ols
Alec J. Berin
SHEPHERD FINKELMAN MILLER &
SHAH, LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
Email: jshah@sfmslaw.com
           mols@sfmslaw.com
           aberin@sfmslaw.com

Kolin C. Tang
SHEPHERD FINKELMAN MILLER &
SHAH, LLP
1401 Dove Street, Suite 510
Newport Beach, CA 92660
Telephone: (323) 510-4060
Facsimile:  (866) 300-7367
Email: ktang@sfmslaw.com

*Attorneys for Plaintiff, Sarah Gamble and Proposed Co-Lead Counsel for the Class*

/s/ Kimberly M. Saillant
Kimberly M. Saillant
Brooks & DeRensis, P.C.
111 Devonshire Street
Suite 800
Boston, MA 02109
Telephone: (617) 951-2300
Facsimile:  (617) 951-2323
Email: ksaillant@bdboston.com

Mark K. Gyandoh, Esquire
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile:  (717) 233-4103
Email:  markg@capozziadler.com

Donald R. Reavey, Esquire
CAPOZZI ADLER, P.C.
2933 North Front Street

Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile:  (717) 233-4103
Email:  donr@capozziadler.com

*Attorneys for Plaintiffs, David Covington, Tansy Wilkerson and Daisy Santiago and Proposed Co-Lead Counsel for the Class*


/s/ Douglas J. Hoffman
Douglas J. Hoffman
JACKSON LEWIS PC
75 Park Plaza, 4th Floor
Boston, MA 02116
Telephone: (617) 367-0025
Facsimile:   (617) 367-2155
Email: hoffmand@jacksonlewis.com



Howard Shapiro
Stacey C.S. Cerrone
Lindsey H. Chopin
JACKSON LEWIS PC
650 Poydras Street, Suite 1900
Poydras Center
New Orleans, LA 70130
Telephone: (504) 208-1755
Facsimile:  (504) 208-1759
Email:Howard.Shapiro@jacksonlewis.com
           stacey.cerrone@jacksonlewis.com
           Lindsey.Chopin@jacksonlewis.com

*Attorneys for Defendants, Biogen, Inc., the Board of Directors of Biogen, Inc., the Retirement Committee a/k/a the Biogen 401(k) Savings Plan Committee*

**IT IS SO ORDERED.**

_____   October 6, 2020
**The Honorable Denise J. Casper**
**United States District Judge**